Receipt # CL04367

ECF

ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 2 2006
U.S. COURT OF FEDERAL CLAIMS

GERRY A. DUPUIS

Plaintiff,

v.

UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE AND THE POSTAL INSPECTION SERVICE

Defendants.

Case No. 06-82 C

## COMPLAINT

### I. INTRODUCTION

1. This civil action is brought on behalf of plaintiff Gerry A. Dupuis who is employed by the defendants United States America, United States Postal Service and the Postal Inspection Service ("defendants") as a Security Engineering Technician and Senior Technical Surveillance Specialist. Plaintiff seeks to recover from defendants back pay, liquidated damages, interest, attorney's fees and costs pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., (hereinafter "FLSA").

### II. JURISDICTION

2. This Court has jurisdiction over plaintiff's claims under 28 U.S.C. § 1491 and 29 U.S.C. § 216(b).

### III. THE PARTIES

3. The individual plaintiff identified in the caption of plaintiff's Complaint, and other persons similarly situated, are all present or former employees of the defendants within the meaning of § 3(e) of FLSA, 29 U.S.C. § 203(e)(2)(3).

4. Attached to plaintiff's Complaint is plaintiff's signed individual consent to be included as party to this action.

5. The individual plaintiff and others similarly situated are or have been employed by defendants during pay periods from 2003 to date.

## IV. GENERAL ALLEGATIONS

6. Defendants and their officers and agents are responsible under the United States Constitution and Federal law and regulations for the establishment and administration of personnel, employment and compensation policies and practices and for applying to the plaintiff and others similarly situated the provisions of the FLSA and other applicable pay and compensation statutes and regulations.

7. As is more fully set forth below, the defendants and their officers and agents wilfully have violated, and continue wilfully to violate, the provisions of the FLSA by failing and refusing to provide the plaintiff and other employees similarly situated with pay and benefits due them under the FLSA.

8. Since at least 2003, while plaintiff has been employed by defendants, they have treated plaintiff as being "FLSA exempt" and have not accorded plaintiff the rights to which FLSA non-exempt employees are entitled.

9. Since at least 2003, while plaintiff was employed by defendants he was FLSA non-exempt since he was not an exempt employee within the meaning of 29 U.S.C. § 213(a)(1) and 29 C.F.R. §§ 541.1, 541.2 and 541.3.

10. Since at least 2003, plaintiff was not employed by defendants in an FLSA exempt capacity within the meaning of 29 U.S.C. § 213(a)(1).

**V. COUNT ONE**

11. Plaintiff incorporates by reference herein the allegations contained in paragraphs 1 through 10 above.

12. Defendants and their officers and agents have at least from 2003 and continuing to date wrongfully and wilfully denied plaintiff and others similarly situated coverage and protection under FLSA and have wrongfully and wilfully withheld overtime compensation due plaintiff and others similarly situated by failing and refusing to pay them in accordance with FLSA. Such uncompensated overtime hours include but are not limited to hours during which defendants and their officers and agents directed and/or suffered or permitted plaintiff to engage in work on defendants' behalf without paying them any compensation whatsoever, including travel, training, driving to and from work in a government vehicle, and other work performed by plaintiff on defendants' behalf.

**VI. COUNT TWO**

13. As a result of the wrongful and willful violations of FLSA by defendants and their officers and agencies as alleged in the claims specified above, there is due and owing to the individual plaintiff and others similarly situated various amounts of back pay, liquidated damages, interest, attorney's fees and costs.

14. Employment, time, work, pay, leave and other records for plaintiff and others similarly situated are in the possession, control, and custody of defendants and their officers and agents, and plaintiff is unable to state at this time the exact amounts of pay, benefits,

liquidated damages and interest which are due and owing to each of them with respect to their individual claims. Defendants and their officers and agents are under a duty imposed by § 11(c) of FLSA, 29 U.S.C. § 211(c), and other statutes and regulations to maintain and preserve payroll and other employment records with respect to plaintiff and others similarly situated from which the amounts of defendants' liability may be determined.

**WHEREFORE**, the plaintiff, on his own behalf, and on behalf of others similarly situated, pray that this Court:

a) Order defendants, subject to rules and regulations to be established by this Court which conform with FLSA, to conduct a full, complete and accurate accounting of all back overtime pay, interest and liquidated damages due and owing to plaintiff and others similarly situated as is sought herein from 2003 to a date which is not more than 30 days before the date on which the judgment herein is paid; and

b) Award plaintiff and other similarly situated persons such back pay, liquidated damages and interest from the date of the denial of such pay and other compensation until a date not more than 30 days before the date on which the judgment herein is paid, and costs, as are due and owing to them by defendants under applicable laws and regulations; and

c) Award plaintiff's counsel reasonable attorney's fees to be paid by the defendant under FLSA; and

d) Grant to plaintiff such other relief as may be just and proper.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:

Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiff

Dated: February 2, 2006

CONSENT TO BE A CLAIMANT UNDER THE FAIR LABOR STANDARDS ACT ("FLSA")
AND CONTINGENT FEE AGREEMENT

1. I have been employed in a non-supervisory technical position by the United States Postal Service ("USPS"). I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against USPS asserting my rights under the Fair Labor Standards Act. My claims include but are not limited to the failure of USPS to pay me overtime compensation because I have been treated incorrectly as being exempt from FLSA coverage or otherwise not paid in accordance with law. Any of the plaintiffs in the lawsuit, jointly or severally, may serve as my representative.

2. I authorize the law firm of Bernstein & Lipsett, P.C. ("the Firm"), to represent me concerning my claims, including seeking back wages, liquidated damages, interest, attorney's fees and costs. The Firm (acting through Jules Bernstein, Linda Lipsett, and other attorneys authorized by them, including, at their discretion, Edgar James of the law firm of James & Hoffman, P.C.) may file this consent in court and take all necessary actions including the settlement and collection of any and all of my claims.

3. In consideration of the Firm's services, I agree that it shall receive 25% (twenty-five percent) of my total recovery as a legal fee in addition to whatever statutory fees and costs they may be able to recover. I further agree, authorize and direct that any checks issued by the United States Postal Service to me in connection with my claims shall be paid to the Firm as trustee on my behalf. After attorney's fees are deducted therefrom the balance shall be forwarded to me by the firm. If the complaint and/or claims brought on my behalf result in no recovery, I will have no obligation to pay attorney's fees.

4. I understand that under Section 15(a)(3) of FLSA I cannot be discharged, disciplined, or otherwise penalized by USPS because of my having filed a FLSA lawsuit and/or claim.

**PLEASE TYPE OR PRINT CLEARLY**

AGREED: DATE: 1/25/06

Name: GERRY ALLEN DUPUIS

Signature: [signature]

Home Address: 13585 JACKSON ST

THORNTON CO 80241-1419
City State Zip Code

Home Tel. No. (303) 255-3887

Work Tel. No. (303) 518-5507

Home E-mail Address: Lanchefan1@msn.com

Soc. Sec. No. 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

AGREED: [signature]
Jules Bernstein

Linda Lipsett

Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798

Date: 2/2/06

Work E-mail Address: GADupuis@usPIS.gov

Indicate your grade, the month your grade changed and your job title and occupational code. If retired, indicate retirement date.

| YEAR | GRADE | MONTH | JOB TITLE & OCC CODE |
|---|---|---|---|
| 2002 | EAS-19 | JAN - JUN | SET |
| 2003 | | | other AGENCY thru 10/2004 |
| 2004 | EAS-23 | OCT-DEC | STSS |
| 2005 | EAS 23 | ALL | STSS |
| 2006 | EAS 23 | ALL | STSS |