**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GERRY DUPUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-82C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS OR, ALTERNATIVELY, FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, the United States, respectfully requests that the Court stay further proceedings in this case to provide the parties an opportunity to settle this matter. Alternatively, pursuant to United States Court of Federal Claims Rule 6.1, we respectfully request an enlargement of time of 73 days, from April 3, 2006, through and including June 15, 2006, to respond to the complaint. This is our first request for either a stay or an enlargement of time to respond to the complaint. Plaintiff's counsel does not oppose this motion.

This overtime case is related to the following three matters that currently are stayed pending settlement negotiations: Bland v. United States, Fed. Cl. No. 04-557C; Busigo v. United States, Fed. Cl. No. 05-422C; and Case v. United States, Fed. Cl. No. 05-687C. In addition, a fourth related action, Fleury v. United States, Fed. Cl. No. 06-156C, recently has been filed. We are seeking a stay of that action as well.

Because this case and the other four cases involve the same attorneys and related legal and factual issues, settlement

discussions may involve all five cases. Therefore, the Government believes that a stay may conserve a significant amount of the parties' time and resources.

Alternatively, we respectfully request that the Court grant our request for an enlargement of time, through and including June 15, 2006, to respond to the complaint. Undersigned counsel of record recently was assigned to this case, as well as the other four cases described above, and is in the process of becoming familiar with the relevant factual and legal issues. Further, additional time is needed to provide the agency an opportunity to prepare the required litigation report and to provide undersigned counsel time to prepare the Government's response to the complaint. The proposed enlargement also will enable counsel to focus upon the parties' settlement efforts.

## CONCLUSION

For the foregoing reasons, defendant, the United States, respectfully requests that this matter be stayed or, alternatively, that the Court grant the Government an enlargement of time, through and including June 15, 2006, to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

*s/James M. Kinsella*

JAMES M. KINSELLA
Deputy Director

*s/Richard P. Schroeder*

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
Eighth Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562

Attorneys for Defendant

April 3, 2006

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 3rd day of April 2006, “DEFENDANT’S MOTION FOR A STAY OF PROCEEDINGS OR, ALTERNATIVELY, FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Richard P. Schroeder