# In the United States Court of Federal Claims

| | |
|---|---|
| GERRY DUPUIS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-82C<br><br>Filed April 5, 2006 |

ORDER

On April 3, 2006, defendant filed a Defendant's Motion for a Stay of Proceedings or, Alternatively, for an Enlargement of Time to Respond to the Complaint. Defendant represented that this case is similar to *Bland v. United States*, Fed. Cl. No. 04-557C, *Busigo v. United States*, Fed. Cl. No. 05-422C and *Case v. United States*, Fed. Cl. No. 05-687C, all of which have been stayed until May 23, 2006 pending settlement negotiations. Defendant stated that this case is also similar to *Fleury v. United States*, Fed. Cl. No. 06-156C and that defendant was seeking a stay in that case as well. Defendant represented that because this case and the aforementioned four cases involve the same counsel and similar factual and legal issues, settlement discussions may involve all five cases, and therefore, a stay would potentially conserve a significant amount of the parties' time and resources.

Alternatively, if the Court denied the motion for a stay, defendant requested a 73-day enlargement of time, from April 3, 2006 through and including June 15, 2006, to respond to the complaint in this case. Defendant represented that plaintiff did not oppose the Motion for a Stay of Proceedings or, Alternatively, for an Enlargement of Time to Respond to the Complaint.

Defendant's Motion for a Stay of Proceedings is GRANTED. The Court ORDERS that proceedings in this case be STAYED until **Tuesday, May 23, 2006**. The Court FURTHER ORDERS that on or before **Tuesday, May 23, 2006**, the parties shall submit a joint status report advising the Court of the status of their settlement efforts and setting forth each party's position with respect to the nature and timing of further proceedings in this case. Having granted

Defendant's Motion for a Stay of Proceedings, defendant's alternative Motion for an Enlargement of Time to Respond to the Complaint is DENIED as moot.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge