**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GERRY DUPUIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-82C |
| | ) | (Judge George W. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR REFERRAL TO ADR AND TO STAY PROCEEDINGS**

Pursuant to Rule 7(b) and Appendix H(3) of the Rules of the Court of Federal Claims ("RCFC"), the parties respectfully advise the Court that they intend to pursue ADR and respectfully request that this matter be referred to the clerk for appointment of a United States Court of Federal Claims settlement judge to conduct mediation. The parties also request that the Court stay further proceedings in this case pending the conclusion of the mediation.

In this action, plaintiff, among other relief, seeks overtime allegedly owed to him pursuant to the Fair Labor Standards Act. The parties believe that a settlement judge may assist them in resolving their differences and reaching a resolution of this case without further litigation. The parties are in agreement that all further proceedings in this action, including discovery, should be stayed pending mediation.

The following cases, including this case, are related: Bland v. United States, Fed. Cl. No. 04-557C; Busigo v. United States, Fed. Cl. No. 05-422; Case v. United States, Fed. Cl. No.

05-687C; Dupuis v. United States, Fed. Cl. No. 06-82C; Fleury v. United States, Fed. Cl. No. 06-156; Nokell v. United States, Fed. Cl. No. 06-335. The parties are seeking a stay and assignment of a settlement judge in all of the above cases, and respectfully request that the cases be assigned to the same settlement judge, so that they can be resolved during the same ADR proceedings.

## CONCLUSION

For the foregoing reasons, the parties respectfully request the Court to refer this matter to the Clerk for assignment to a settlement judge as provided for in Appendix H of this Court's rules, and that the Court stay further proceedings in this action until conclusion of the mediation.

Respectfully submitted,

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
Tele: (202) 296-1798
email:
chouse@bernstein-lipsett.com

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Dated: July 14, 2006

***s/Steven J. Gillingham***

STEVEN J. GILLINGHAM
Assistant Director

***s/Richard P. Schroeder***

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 305-3291
email: richard.schroeder@usdoj.gov

Attorneys for Defendant

Dated: July 14, 2006

**Filed Electronically with the consent of Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 14th day of July 2006, a copy of the foregoing "JOINT MOTION FOR REFERRAL TO ADR AND TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein